DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
BRIAN NEACH (S.B. #242801)
bneach@omm.com
MOLLY J. MAGNUSON (S.B. #229444)
mmagnuson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Plaintiff and Counter-Defendant Allergan, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERZ PHARMACEUTICALS, LLC, a North Carolina corporation, et al.,<br><br>　　　　Defendants. | Case No. SACV11-00446 AG (Ex)<br><br>**MOTION TO ADMIT DEPOSITION TESTIMONY AND IDENTIFIED EXHIBITS IN EVIDENCE AT TRIAL**<br><br>Trial Date: February 14, 2012 |
| MERZ PHARMACEUTICALS, LLC, a North Carolina corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ALLERGAN, INC., a Delaware corporation,<br><br>　　　　Counter-Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Fed. R. Civ. P. 32(a)(3) and Central District Local Rule ("L.R.") 32-1, plaintiff Allergan, Inc. hereby moves for the following deposition testimony and exhibits to be received in evidence at trial, all of which have previously been identified, marked and exchanged according to L.R. 16-2.7:

1. Portions of, and exhibits identified in, the Deposition of Wendy Alexander, defendant Merz Pharmaceuticals, LLC's designee under Fed. R. Civ. P. 30(b)(6), as specifically listed, along with objections, in Exhibit A hereto;

2. Portions of, and exhibits identified in, the Deposition of Timothy Byrns, as specifically listed, along with objections, in Exhibit B hereto;

3. Portions of, and exhibits identified in the Depositions of Dennis Condon, defendant Merz Aesthetics, Inc.'s officer and Fed. R. Civ. P. 30(b)(6) designee, as specifically listed, along with objections, in Exhibit C hereto;

4. Portions of, and exhibits identified in, the Deposition of Amy Finn, volumes 1 and 2, as specifically listed, along with objections, in Exhibit D hereto;

5. Portions of, and exhibits identified in, the Deposition of Mary Furman, defendant Merz Aesthetics Inc.'s designee under Fed. R. Civ. P. 30(b)(6), as specifically listed, along with objections, in Exhibit E hereto;

6. Portions of, and exhibits identified in, the Deposition of Nelson Hendrix, defendant Merz Pharmaceuticals, LLC's designee under Fed. R. Civ. P. 30(b)(6), as specifically listed, along with objections, in Exhibit F hereto;

7. Portions of, and exhibits identified in, the Deposition of Jacqueline Luby, as specifically listed, along with objections, in Exhibit G hereto;

8. Portions of, and exhibits identified in, the Deposition of Daniel Ovokaitys, defendant Merz Aesthetics Inc.'s designee under Fed. R. Civ. P. 30(b)(6), as specifically listed, along with objections, in Exhibit H hereto;

MOTION TO ADMIT DEPOSITION TESTIMONY AND IDENTIFIED EXHIBITS IN EVIDENCE AT TRIAL

9. Portions of, and exhibits identified in, the Deposition of Amber Prumer, volumes 1 and 2, as specifically listed, along with objections, in Exhibit I hereto;

10. Portions of, and exhibits identified in, the Deposition of Jeffrey Riordan, as specifically listed, along with objections, in Exhibit J hereto;

11. Portions of, and exhibits identified in, the Deposition of David Shoup, defendant Merz Pharmaceuticals, LLC's designee under Fed. R. Civ. P. 30(b)(6), as specifically listed, along with objections, in Exhibit K hereto; and

12. Portions of, and exhibits identified in, the Deposition of Sheri Tremmel, as specifically listed, along with objections, in Exhibit L hereto.

PLEASE TAKE FURTHER NOTICE that, Pursuant to Fed. R. Civ. P. 32(a)(4) and L.R. 32-1, Allergan hereby moves for the following deposition testimony and exhibits to be received in evidence at trial, all of which have previously been identified, marked and exchanged according to L.R. 16-2.7:

13. Portions of, and exhibits identified in, the Deposition Kimberly Cozzo, volumes 1 and 2, as specifically listed, along with objections, in Exhibit M hereto;

14. Portions of, and exhibits identified in, the Deposition of Erik Hammerquist, as specifically listed, along with objections, in Exhibit N hereto;

15. Portions of, and exhibits identified in, the Deposition of Matthew Lederer, as specifically listed, along with objections, in Exhibit O hereto;

16. Portions of, and exhibits identified in, the Deposition of Susan Satula, as specifically listed, along with objections, in Exhibit P hereto;

17. Portions of, and exhibits identified in, the Deposition of Scott Szymanski, as specifically listed, along with objections, in Exhibit Q hereto.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: February 23, 2012 | DANIEL M. PETROCELLI<br>BRETT J. WILLIAMSON<br>BRIAN NEACH<br>MOLLY J. MAGNUSON<br>O'MELVENY & MYERS LLP |
| | By: /s/ Brett J. Williamson<br>      Brett J. Williamson<br>Attorneys for Plaintiff and Counter-Defendant Allergan, Inc. |