**Deposition Designations for Trial**

| Deposition | Page:Line | Objections | Counter-Designations |
|---|---|---|---|
| **Hammerquist, Erik 1/20/2012** | | | |
| *Allergan Affirmative Designations* | 9:19-10:4 | | |
| | 159:5-159:22 | Fed. R. Evid. 602 - lack of personal knowledge | |
| | | | |
| *Merz Defendants' Aff. Designations* | | | |
| None | | | |
| | | | |
| *Ind Defendants' Aff. Designations* | | | |
| None | | | |
| | | | |
| **Exhibits** | | | |
| None | | | |

EXHIBIT 6-1