UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERZ PHARMACEUTICALS, LLC, et al., <br><br> Defendants. <br>_____<br><br>MERZ PHARMACEUTICALS, LLC, et al., <br><br> Counterclaimants, <br><br> v. <br><br> ALLERGAN, INC. <br><br> Counter-Defendant. <br>_____ | CASE NO. SACV 11-446 AG (Ex) <br><br> INJUNCTION ORDER |

Merz Pharmaceuticals, LLC and Merz Aesthetics, Inc. (together, "Merz Defendants"), their affiliated companies, officers, directors, agents, representatives, and employees who receive notice of this Order, and Erin Sullivan, Sheri Tremmel, Amber Prumer, Jacqueline Luby, Amy F. Finn, Jeffrey Riordan, and Timothy D. Byrns (together, "Individual Defendants") are ENJOINED from:

1. retaining, disclosing, or using Allergan's trade secrets;
2. providing or selling Xeomin, or soliciting purchases of Xeomin, in the facial aesthetics market for a period of ten months from the date of this Order;
3. providing or selling Xeomin, or soliciting purchases of Xeomin, in the therapeutics market for a period of ten months from the date of this Order to Allergan customers identified in Trial Exhibits 262, 263, 565, 1070, 1104, 1105, 1217, 1219, 1220, 1232, 1234, 1235, except to
   - customers who voluntarily and without solicitation request to purchase Xeomin for therapeutic purposes from Merz Defendants, provided that sworn declarations are submitted that such requests were made voluntarily and without solicitation;
4. providing or selling dermal filler products, or soliciting purchases of dermal filler products, in the facial aesthetics market for a period of ten months from the date of this Order, except to
   - customers who voluntarily and without solicitation request to purchase dermal filler products from Merz Defendants, provided that sworn declarations are submitted that such requests were made voluntarily and without solicitation, or
   - customers who purchased dermal filler products from Merz Defendants (including BioForm Medical) between July 1, 2009 and June 30, 2010, provided that sworn declarations are submitted identifying such customers;

Merz Defendants are further ORDERED to conduct a search, using industry standard forensic tools, for Allergan trade secrets by examining physical locations and electronic data

sources used in their business operations (including, but not limited to, the files, computers, and portable devices used by the Individual Defendants in the course and scope of their employment with the Merz Defendants) using the standards promulgated by the Electronic Discovery Reference Model (www.edrm.net), and remove all Allergan trade secrets from those locations and sources. This "Examination and Remediation Process" shall extend to all employees of Merz Defendants, except those employees working in the Finance or Manufacturing departments. The Examination and Remediation Process shall be fully documented in a written report provided to the Court and counsel for Allergan. Unless the Court later orders otherwise, on noticed motion, Merz Defendants may seek to modify or terminate the provisions of portions of this Injunction on the grounds that they have satisfied the Examination and Remediation Process and that modification or termination of the Injunction is warranted by principles of equity. Allergan may be permitted to examine, conduct discovery on, and contest the sufficiency of the Examination and Remediation Process in an evidentiary hearing. Any modification or termination of the terms of this Injunction may also apply to the Individual Defendants.

The Court further ORDERS Merz Defendants to implement or continue corporate compliance programs to (1) ensure compliance with this Injunction; and (2) prevent, deter, and detect existing and future violations of Cal. Civ. Code § 3426 *et seq.* Merz Defendants shall report to the Court the status of these programs six, 12, and 18 months from the date of this Order.

Allergan has the duty to serve this Order as is necessary for its enforcement.

IT IS SO ORDERED.

DATED: March 9, 2012

_____
Andrew J. Guilford
United States District Judge