UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 11-446 AG (Ex)** | Date | March 9, 2012 |
|---|---|---|---|
| Title | ALLERGAN, INC. v. MERZ PHARMACEUTICALS, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **[IN CHAMBERS] ORDER SETTING HEARING**

On Tuesday, March 6, 2012, following a nine-day bench trial, the Court issued oral Findings of Fact and Conclusions of Law and announced that it would supplement these Findings and Conclusions on Friday, March 9, 2012. Today the Court supplemented its Findings of Fact and Conclusions of Law, and issued its Injunctive Order.

Despite a Wednesday filing deadline imposed by the Court, there has been a flurry of last minute filings by the parties. The Court sets a hearing for March 13, 2012 at 3:00 p.m. to discuss these matters. The Court understands that competing schedules may prevent the attendance of certain counsel at that time.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |