```
 1  Frederick L. McKnight (State Bar No. 55183)
    Richard J. Grabowski (State Bar No. 125666)
 2  Steven M. Zadravecz (State Bar No. 185676)
    Sharyl A. Reisman (admitted Pro Hac Vice)
 3  Email:  szadravecz@jonesday.com
    JONES DAY
 4  3161 Michelson Drive, Suite 800
    Irvine, CA  92612
 5  Telephone:  (949) 851-3939
    Facsimile:   (949) 553-7539
 6
    Attorneys for Defendants and Counterclaimants
 7  MERZ PHARMACEUTICALS, LLC and MERZ
    AESTHETICS, INC.
 8
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MERZ PHARMACEUTICALS, LLC, a North Carolina corporation, et al.,<br><br>            Defendants. | Case No.  SACV 11-00446 AG (Ex)<br><br>**ORDER GRANTING STIPULATION TO ALLOW TWO MERZ PHARMACEUTICALS, LLC EMPLOYEES ACCESS TO "DO NOT CALL" LIST**<br><br>[Stipulation To Allow Two Merz Pharmaceuticals LLC Employees Access To "Do Not Call" List Filed Concurrently Herewith]<br><br>Complaint Filed: August 4, 2010 |
| MERZ PHARMACEUTICALS, LLC, a North Carolina corporation,<br><br>            Counterclaimant,<br><br>     v.<br><br>ALLERGAN, INC., a Delaware corporation,<br><br>            Counter-Defendant. | |

# ORDER

Having reviewed and considered the stipulation of Merz Pharmaceuticals, LLC ("Pharma"), Merz Aesthetics, Inc. ("Aesthetics"), and Allergan, Inc. ("Allergan") to allow Merz Pharma Employees Jeff Morgan and Cathy Gravitt restricted access to the "Do Not Call" List ("Stipulation"), and for good cause shown, the Court orders as follows:

1. Pharma employees Jeff Morgan and Cathy Gravitt shall be permitted Outside Attorneys' Eyes Only ("OAEO") access to the "Do Not Call" list for the sole purpose of ensuring Pharma's compliance with the Injunction. Mr. Morgan and Ms. Gravitt shall be permitted access to the "Do Not Call" list for the time the Injunction remains in place. After the Injunction expires, Mr. Morgan and Ms. Gravitt shall destroy the "Do Not Call" list.

2. Mr. Morgan and Ms. Gravitt shall be accorded OAEO access to the "Do Not Call" list under the terms of the Protective Order.

3. By virtue of Mr. Morgan's and Ms. Gravitt's access to and possession of the "Do Not Call" list, the Merz Defendants will not be deemed to be in violation of any provision of the Injunction, including Sections 1 and 3, and the Examination and Remediation Process shall not apply to Mr. Morgan's and Ms. Gravitt's possession of the "Do Not Call" list.

**IT IS SO ORDERED**.

DATED: May 07, 2012

_____
ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE