UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-446 AG (Ex) | Date | October 1, 2012 |
|---|---|---|---|
| Title | ALLERGAN, INC. v. MERZ PHARMACEUTICALS, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING MOTION TO MODIFY PERMANENT INJUNCTION**

On March 9, 2012, following a nine-day bench trial, the Court entered an Injunction Order ("Injunction") against Defendants Merz Pharmaceuticals, LLC, Merz Aesthetics, Inc., Erin Sullivan, Sheri Tremmel, Amber Prumer, Jacqueline Luby, Amy Finn, Jeffrey Riordan, and Timothy Byrns (together, "Defendants"). Defendants Merz Pharmaceuticals, LLC and Merz Aesthetics, Inc. (together, "Merz") bring this Motion to Modify the Injunction ("Motion"). Plaintiff Allergan, Inc. filed a notice of joinder stating that it joins Merz's "request for entry of the [Proposed] Order Granting Motion to Modify This Court's Permanent Injunction" but takes no position on any other part of the Motion. (Plaintiff's Notice of Joinder, Dkt. No. 357.) After reviewing Merz's Motion and accompanying documentation, the Court GRANTS the Motion.

The Court's existing Injunction enjoined Defendants from:

1. Retaining, disclosing, or using Allergan's trade secrets;
2. Providing or selling Xeomin, or soliciting purchases of Xeomin, in the facial aesthetics market for a period of ten months from the date of this Order;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-446 AG (Ex) | Date | October 1, 2012 |
|---|---|---|---|
| Title | ALLERGAN, INC. v. MERZ PHARMACEUTICALS, LLC, et al. | | |

3. Providing or selling Xeomin, or soliciting purchases of Xeomin, in the therapeutics market for a period of ten months from the date of this Order [to specific customers, with certain exceptions];

4. Providing or selling dermal filler products, or soliciting purchases of dermal filler products, in the facial aesthetics market for a period of ten months from the date of this Order [with certain exceptions].

(Injunction, Dkt. No. 286, at 2.)  The Injunction also ordered Merz to "conduct a search, using industry standard forensic tools, for Allergan trade secrets by examining physical locations and electronic data sources used in their business operations (including, but not limited to, the files, computers, and portable devices used by the Individual Defendants . . . ." (*Id.* at 2-3.)  Further, the Injunction ordered Merz to "implement or continue corporate compliance programs to (1) ensure compliance with this Injunction; and (2) prevent, deter, and detect existing and future violations of Cal. Civ. Code § 3426 *et seq*." (*Id.* at 2-3.)

But the Injunction also provided that "Merz Defendants may seek to modify or terminate the provisions of portions of this Injunction on the grounds that they have satisfied the Examination and Remediation Process and that modification or termination of the Injunction is warranted by principles of equity." (*Id.* at 3.)  In this Motion, Merz seeks to modify the Injunction by terminating Injunction paragraphs 1, 2, 3, and 4, and narrowing the scope of the corporate compliance requirements.  (Motion, at 3.)  Specifically, Merz requests the Court to lift the restrictions of paragraph 1 as of the entry of the order, lift the restrictions of paragraph 2 as of January 9, 2013, and lift the restrictions of paragraphs 3 and 4 as of November 1, 2012.  (Proposed Order, Lodged August 30, 2012.)   The Court finds that Merz is entitled to relief.

The Court GRANTS Merz's Motion, and will sign the "[Proposed] Order Granting Merz Pharmaceuticals, LLC's and Merz Aesthetics, Inc's Motion to Modify this Court's Permanent Injunction," lodged with the Court on August 30, 2012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-446 AG (Ex) | Date | October 1, 2012 |
|---|---|---|---|
| Title | ALLERGAN, INC. v. MERZ PHARMACEUTICALS, LLC, et al. | | |

: 0

Initials of Preparer     lmb