# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERZ PHARMACEUTICALS, LLC, a North Carolina corporation, et al.,<br><br>Defendant.<br><br>MERZ PHARMACEUTICALS, LLC, a North Carolina Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ALLERGAN, INC., a Delaware corporation,<br><br>Counterdefendant. | **Case No. SACV 11-446 AG (Ex)**<br><br>Assigned for all purposes to Honorable Andrew J. Guilford<br><br>**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PROC. 58** |

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, final judgment shall be entered in this action pursuant to this Court's Orders entered on February 1, 2012 (Dkt. No. 207), March 9, 2012 (Dkt. No. 286), May 7, 2012 (Dkt. Nos. 322 and 324), October 1, 2012 (Dkt. No. 368), and October 10, 2012 (Dkt. No. 371), and in light of the fact that Merz Pharmaceuticals, LLC and Merz Aesthetics, Inc. have filed their Second Status Report Regarding Corporate Compliance Program on March 8, 2013 (Dkt. No. 436).

All parties shall bear their own fees and costs.

**IT SO ORDERED.**

Dated: May 14, 2013_____

Hon. Andrew J. Guilford
United States District Judge